JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11-02101 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Seferino Monzon, aka Seferino M. Monzon, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Seferino Monzon, aka Seferino M. Monzon, in the principal amount of $6,760.65 plus interest accrued to March 9, 2011, in the sum of $11,365.04; with interest accruing thereafter at the daily rate of $1.43 until entry of judgment, administration costs in the amount of $90.94, for a total amount of $**18,216.63**.

DATED: April 12, 2011     By:  Terry Nafisi
                               Clerk of the Court

                               A. Martinez
                               Deputy Clerk
                               United States District Court